**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Cedrict Hopkins, Appellant.

Appellate Case No. 2018-002060

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2021-UP-301
Heard June 16, 2021 – Filed August 18, 2021

**AFFIRMED**

Appellate Defender Joanna Katherine Delany, of
Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole and Pardon Services, of Columbia,
for Respondent.

**PER CURIAM:** Cedrict Hopkins appeals the circuit court's order revoking his probation, arguing the circuit court erred because the Department of Probation, Parole and Pardon Services issued a probation violation citation after his term of probation had expired. We affirm.

We find Hopkins failed to raise this issue to the circuit court during the probation revocation hearing; rather, he raised it for the first time in his motion to reconsider. Thus, this issue was not preserved for appellate review. *See State v. Hamilton*, 333 S.C. 642, 648, 511 S.E.2d 94, 96-97 (Ct. App. 1999) (stating that to be preserved for review, an issue must be raised during the probation revocation hearing and may not be raised for the first time in a motion for reconsideration).

**AFFIRMED.**

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**